UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| DONNIE MONTE JOHNSON | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 4:10-CV-66-H1 |
| v. | ) | |
| | ) | |
| PORT HUMAN SERVICES | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of the magistrate judges memorandum and recommendation entered 10/15/2010.**

**IT IS ORDERED, ADJUDGED AND DECREED the court adopts the magistrate judges memorandum and recommendation as its own and plaintiff's complaint is dismissed.**

This Judgment Filed and Entered on December 20, 2010 with service on:

Donnie M. Johnson (via US Mail), 705 Apt. 13 Peed Street, Greenville, NC 27834

Date: December 20, 2010

                                                  DENNIS P. IAVARONE, CLERK
                                                  /s/ Delsia Heath
                                                  (By): Delsia Heath, Deputy Clerk